Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 582 | **DATE** | 7/22/2008 |
| **CASE TITLE** | USA vs. Jose Ayala | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jose Ayala appears in response to arrest on 7/21/08. Defendant informed of his rights. Enter order appointing Imani Chiphe as counsel for defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 7/25/08 at 10:00 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

08CR582 USA vs. Jose Ayala     Page 1 of 1