# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**CJA 23** (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Ayala

FOR: FILED
AT: JUL 2 2 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**LOCATION NUMBER:** 08 CR582

PERSON REPRESENTED (Show your full name):

- 1 ☑ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate:
District Court: ▶
Court of Appeals:

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Los Campeches 3031 S. Archie
- IF YES, how much do you earn per month? $ 16,400 yearly
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: N/A

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No  IF YES, state total amount $ 500.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 3,000 — '98 Izuzu Suzu Rodeo

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| 1. | rent | $ | $ 600 |
| 2. | utilities | $ | $ 200 |
| 3. | cards - credit | $ 30,000 | $ |
| 4. | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7-22-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Jose Ayala