Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 582 - 1 | DATE | 7/28/2008 |
| CASE TITLE | USA vs. Jose Ayala | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 7/29/08 at 3:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|