# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 582 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Jose Ayala | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree upon certain conditions of release. Conditions are amended to include only: Defendant Jose Ayala must reside with third party custodian. Defendant is bound to the Northern District of Illinois.  Enter Order Setting Conditions of Release. For further details see attached order.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|