## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 582 - 1 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. Jose Ayala | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 7/28/08 at 3:00 p.m. Defendant waives his right to a preliminary examination. Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|