FILED

AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 582 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 21, United |
| JOSE AYALA, | ) | States Code, Section 841(a)(1) |
| also known as "Don Jose" | ) | |

JUDGE NORGLE

MAGISTRATE JUDGE MASON

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 21, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE AYALA,
also known as "Don Jose,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY