Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

07 GJ 0052   NF

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08-CR-00582 | DATE | ~~July 23, 2008~~ August 20, 2008 |
| CASE TITLE | US v. JOSE AYALA | | MAGISTRATE JUDGE MASON |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Geraldine Soat Brown_

**FILED**

DOCKET ENTRY:

AUG 20 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                 UNDER SEAL.)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Number of notices | DOCKET # |
|---|---|---|---|---|
| | | | Date docketed | |
| | | | Docketing dpty. initials | |
| | | | Date mailed notice | |
| | | | Mailing dpty. initials | |