UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                         Case No.: 1:08−cr−00582
                                           Honorable Charles R. Norgle Sr.

Jose Ayala
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr. as to Jose Ayala: Arraignment is rescheduled for 10:00 a.m. on 8/28/2008. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.